MADELYN MAFFEO *vs.* CEDARWOOD HOMES, INC. & others.[1]   December 31, 1968. The plaintiff appeals from a final decree which inter alia pursuant to the counterclaims of the defendants Gray removed a cloud on their title to certain real estate in Chelmsford, authorized the defendant Carroll to foreclose his mortgage on the premises, ordered Carroll thereafter to file an accounting, made conditional provision for the appointment of a receiver and dismissed the bill against the defendants Gray. The judge made voluntary findings of fact which support the decree. There was no request for a report of material facts. The evidence is not reported. On this state of the record the order must be: decree affirmed with costs. *Birnbaum* v. *Pamoukis*, 301 Mass. 559, 561–562.

*So ordered.*

*Esther M. Stevens* for Madelyn Maffeo.
*Francis W. K. Smith* for Edward G. Gray & another.
*Richard C. Wein* for Henry L. Carroll.

MATTHEW F. HANLEY *vs.* COMMISSIONER OF INSURANCE.   January 2, 1969. This is a petition for a writ of mandamus to order the Commissioner of Insurance to restore the petitioner to the position of Deputy Commissioner of Insurance. A demurrer was sustained and leave to amend was denied. The petitioner contends that his removal violated the Veterans' Tenure Act, G. L. c. 30, § 9A. The Veterans' Tenure Act does not apply to those positions provided for by statutory provisions manifesting an intention on the part of the Legislature that it should not apply. *Sullivan* v. *Committee on Rules of the House of Representatives*, 331 Mass. 135, 137–138. *Cieri* v. *Commissioner of Ins.* 343 Mass. 181, 185. The position of Deputy Commissioner of Insurance is such a position. See G. L. c. 26, § 7; *Cieri* v. *Commissioner of Ins., supra; Regan* v. *Commissioner of Ins.* 343 Mass. 202, 205. The order sustaining the demurrer and denying leave to amend is affirmed and judgment is to be entered for the respondent.

*So ordered.*

The case was submitted on briefs.

*Lawrence R. Cohen & Newton H. Levee* for the petitioner.

*Edward W. Hanley, III*, Deputy Assistant Attorney General, for the respondent.

---

[1] Joseph Solomont, Edward C. and Eunice M. Gray, Henry L. Carroll and Northridge Construction Corporation.